**IT IS ORDERED as set forth below:**



**Date: November 15, 2017**

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| WILLIAM HENRY TABOR | : | CHAPTER 13 |
| DARA ROXANNE TABOR | : | |
| Debtors. | : | CASE NO.: 17-51858-LRC |
| | : | |

### ORDER SETTING OBJECTION DEADLINE ON APPLICATION FOR COMPENSATION, SETTING HEARING IF OBJECTIONS ARE FILED, AND GRANTING APPLICATION IN THE ABSENCE OF FILED OBJECTIONS

On November 9, 2017, Debtor's attorney ("Counsel") filed an Application for Compensation (the "Application") [Docket No. 36]. The Application seeks approval of $750.00 as compensation for services rendered. The compensation sought exceeds the agreed-upon base fee disclosed in the Disclosure of Compensation of Attorneys for Debtor(s) ("Rule 2016(b) Statement") [Docket No. 1].

Upon review of the Application, the Rule 2016(b) Statement, and the docket in this case,

IT IS ORDERED that any objections to the Application must be filed with the Clerk of this Court and served on Counsel, the Chapter 13 Trustee, and the United States Trustee no later than November 29, 2017 (the "Objection Deadline");

IT IS FURTHER ORDERED that, if no objections are filed by the Objection Deadline, the Application is **GRANTED** and the attorney's fees requested in the Application shall stand approved as of the date of the Objection Deadline without further order of the Court.

IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN that, if an objection is filed on or before the Objection Deadline, a hearing will be held on **December 7, 2017 at 1:45p.m. in Courtroom 1204**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

The Clerk is DIRECTED to serve a copy of this Order upon Debtor(s), Counsel, the Chapter 13 Trustee, the United States Trustee, and all parties requesting notice in this case.

END OF DOCUMENT

Prepared by:

____/s/____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

## DISTRIBUTION LIST

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

Melissa Davey, Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

William Henry Tabor
Dara Roxanne Tabor
3274 Eloise Drive
Powder Springs, GA 30127

JPMorgan Chase Bank, National Association
c/o McCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

CACH, LLC
PO Box 10587
Greenville SC 29603-058