## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| WILLIAM HENRY TABOR, | ) | CASE NO. 17-51858-LRC |
| DARA ROXANNE TABOR | ) | |
| DEBTORS. | ) | |
| | ) | |

### SUGGESTION OF DEATH

COMES NOW, the attorney for Debtors, William Henry Tabor and Dara Roxanne Tabor and files this Suggestion of Death. William Henry Tabor died on June 26, 2018.

Dated:  December 19, 2018

Respectfully submitted,

        /s/
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| WILLIAM HENRY TABOR, | ) | CASE NO. 17-51858-LRC |
| DARA ROXANNE TABOR | ) | |
| DEBTORS. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned attorney for Debtors, certify that the below listed parties and the attached service list have been served with a true and correct copy of the "Suggestion of Death" filed in this bankruptcy case upon the following by depositing a copy of the same in the United States Mail with sufficient postage and properly addressed to ensure delivery on the following:

Dara R Tabor
3274 Eloise Road
Powder Springs, GA 30127

Melissa J. Davey (VIA ECF)
Chapter 13 Trustee

United States Trustee
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

See attached Creditors Matrix for additional creditors

Dated:  December 19, 2018

Respectfully submitted,
/s/
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

Label Matrix for local noticing
113E-1
Case 17-51858-lrc
Northern District of Georgia
Atlanta
Wed Dec 19 12:18:50 EST 2018

1st Franklin Financial Corporation
PO Box 441094
Kennesaw, GA 30160-9521

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243-1300

Ally Financial
PO Box 130424
Roseville MN 55113-0004

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

Heather D. Bock
McCalla Raymer Leibert Pierce LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

CACH, LLC
PO Box 10587
Greenville, SC 29603-0587

Cach LLC
3250 Piedmont RD NE
Suite 415
Atlanta, GA 30305

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Chase Mtg
Po Box 24696
Columbus, OH 43224-0696

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Comenity Bank/pier 1
4590 E Broad St
Columbus, OH 43213-1301

Comenity Capital Bank/Paypal Credit
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121-3132

Credit First N A
6275 Eastland Rd
Brookpark, OH 44142-1399

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303-1236

Delta Community Credit
Hartsfield Airport
Atlanta, GA 30320

(p)DELTA COMMUNITY CREDIT UNION
PO BOX 20541
ATLANTA GA 30320-2541

Dsnb Macys
Po Box 8218
Mason, OH 45040-8218

ECAST Settlement Corporation
PO Box 29262
New York, NY 10087-9262

First Franklin Loan Svc
PO Box 660598
Dallas, TX 75266-0598

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

A. Michelle Hart Ippoliti
McCalla Raymer Liebert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

JPMorgan Chase Bank, National Association
Bankruptcy Department
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333-4600

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Craig B. Lefkoff
Lefkoff, Rubin, Gleason & Russo, PC
Suite 900
5555 Glenridge Connector
Atlanta, GA 30342-4762

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090-2011

OneMain
P.O. Box 3251
Evansville, IN 47731-3251

Onemain
Po Box 1010
Evansville, IN 47706-1010

Onemain Fi
Po Box 499
Hanover, MD 21076-0499

PRA  Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

PRA Receivables Management, LLC as agent of
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541-1067

Pay Pal Credit
PO Box 105658
Atlanta, GA 30348-5658

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, Llc
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-7999

Dean R. Prober
Prober & Raphael, A Law Corporation
Suite 100
20750 Ventura Blvd.
Woodland Hills, CA 91364-6207

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Sterling Jewelers Inc
PO Box 788
Kirkland, WA  98083-0788

Lee S. Raphael
Prober & Raphael, A Law Corporation
Suite 100
20750 Ventura Blvd.
Woodland Hills, CA 91364-6207

Republic Finance
793 Whitlock Ave Nw
Marietta, GA 30064

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

Simons Agency Inc
4963 Wintersweet Dr
Liverpool, NY 13088-2176

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339-6213

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Sunset Fin
510 Mountain View Dr
Seneca, SC 29672-2133

Sunset Finance CO LLC
510 Mountain View Drive, Suite 500
Seneca, SC 29672-2145

Syncb/belk
Po Box 965028
Orlando, FL 32896-5028

Syncb/care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

Syncb/chevron
P.o Box 965015
Orlando, FL 32896-5015

Syncb/hh Gregg
C/o Po Box 965036
Orlando, FL 32896-0001

Syncb/jcp
Po Box 965007
Orlando, FL 32896-5007

Syncb/walmart
Po Box 965024
Orlando, FL 32896-5024

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Dara R Tabor
3274 Eloise Drive
Powder Springs, GA 30127-2182

William H Tabor
3274 Eloise Drive
Powder Springs, GA 30127-2182

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303-3315


WORLD'S FOREMOST BANK-CABELA'S CLU
PO BOX 82609
LINCOLN, NE 68501-2609

Wilkes Finance
6160 Fairburn Road
Douglasville, GA 30134-1993

World Acceptance Corporation
Attn Bankruptcy
P.O. Box 6429
Greenville, SC 29606-6429


World Finance Corporat
2640b Metropolitan Pkwy
Atlanta, GA 30315-7902

Worlds Foremost Bank N
4800 Nw 1st St Ste 300
Lincoln, NE 68521-4463


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Delta Community Credit Union
P. O. Box 20541
Atlanta, GA 30320-2541

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541


Republic Finance, LLC
Ashley Hill
282 Tower Rd.
Ponchatoula, LA 70454

(d)Republic Finance, LLC
282 Tower Rd.
Ponchatoula, LA 70454

Springleaf Financial S
5886 Wendy Bagwell Pkwy
Hiram, GA 30141


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Americredit Financial Services, Inc. dba G
PO Box 183853
Arlington, TX 76096-3853

(d)CACH, LLC
PO Box 10587
Greenville, SC 29603-0587

(u)Carrington Mortgage LLC


(u)Carrington Mortgage Services, LLC,

(u)JPMorgan Chase Bank, National Association

(d)OneMain
P.O. Box 3251
Evansville, IN. 47731-3251


(d)PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541-1067

(d)eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

End of Label Matrix
Mailable recipients    67
Bypassed recipients     8
Total                  75